No. 1233, Misc.   HUFFMAN *v*. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1236, Misc.   ARRINGTON *v*. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox* for the United States.

No. 1237, Misc.   HOLSCHER *v*. MINNESOTA.   Supreme Court of Minnesota.   Certiorari denied.

No. 1239, Misc.   WILLIS *v*. COCHRAN, CORRECTIONS DIRECTOR.   Supreme Court of Florida.   Certiorari denied.

No. 1240, Misc.   CORONADO *v*. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 1241, Misc.   SARDO *v*. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1245, Misc.   McTIER *v*. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 1248, Misc.   CHAPIN *v*. RHAY, PENITENTIARY SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.

No. 1249, Misc.   SMITH *v*. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.